The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

QUANTUM CORPORATION, a Delaware corporation

## DEFENDANTS

RIVERBED TECHNOLOGY, INC., a Delaware Corporation

**(b)** County of Residence of First Listed Plaintiff <u>Santa Clara</u>
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed <u>San Francisco</u>
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Amar L. Thakur, Esq.
Mauricio A. Flores, Esq.
Jon E. Maki, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership, Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130; Tel: (858) 720-8900; Fax: (858) 509-3691

Nathaniel Bruno, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111; Tel: 415-434-9100; Fax: 415-434-3947

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | or Defendant) | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities — | ☐ 540 Mandamus & Other | | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities — | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 271

Brief description of cause:
Infringement of U.S. Patent No. 6,622,164 B1. Requesting damages, treble damages, injunctive relief, etc.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

American LegalNet, Inc.   www.USCourtForms.com

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY**

JUDGE William H. Alsup

DOCKET NUMBER C-07-04161-WHA

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| February 13, 2008 | |

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

American LegalNet, Inc.    www.USCourtForms.com

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b.) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:        U.S. Civil Statute: <u>47 USC 553</u>
                                                           Brief Description: <u>Unauthorized reception of cable service</u>

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

American LegalNet, Inc.   www.USCourtForms.com

1  AMAR L. THAKUR, CAL. BAR NO. 194025
   MAURICIO A. FLORES CAL. BAR NO. 93304
2  JON E. MAKI, CAL. BAR NO. 199958
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, California  92130
5  Telephone:     858-720-8900
   Facsimile:     858-509-3691
6  Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
7          jmaki@sheppardmullin.com

8  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
11 Telephone:     415-434-2984
   Facsimile:     415-434-6095
12 Email: nbruno@sheppardmullin.com

13 Attorneys for Plaintiff,
   QUANTUM CORPORATION

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17
   QUANTUM CORPORATION, a Delaware        Case No. 08    0927
18 corporation,

19              Plaintiff,                 COMPLAINT FOR PATENT
                                           INFRINGEMENT OF U.S. PATENT NO.
20      v.                                 6,622,164 B1

21 RIVERBED TECHNOLOGY, INC., a            AND
   Delaware Corporation,
22                                         DEMAND FOR JURY TRIAL
                Defendant.
23

24

25

26

27

28

Plaintiff Quantum Corporation (hereafter, "Quantum" or "Plaintiff"), by its undersigned counsel, hereby brings this action against Defendant Riverbed Technology, Inc. ("Riverbed" or "Defendant") and alleges as follows:

## THE PARTIES

1.      Plaintiff Quantum is a Delaware corporation having a principal place of business at 1650 Technology Drive, Suite 700, San Jose, CA 95110.

2.      Quantum is a global leader in data storage, backup, recovery and archive solutions, catering a variety of products to businesses of all sizes.  Quantum was founded in 1980 and is headquartered in San Jose, California.  The company's products and services help customers maintain critical data integrity and accessibility with fast data recovery using cost-effective methods.

3.      On information and belief, Riverbed is a corporation organized and existing under the laws of the State of Delaware, having a place of business at 199 Fremont Street, San Francisco, CA 94105.

4.      Riverbed is a corporation that designs, builds, and sells devices that share computer data over extended, or wide-area, computer networks.  These devices are designed to accelerate networks transfers, and include data storage devices of various capacities.  These devices include but are not limited to the Riverbed Steelhead appliances.

COMPLAINT FOR PATENT INFRINGEMENT
OF U.S. PATENT NO. 6,622,164 B1 AND
DEMAND FOR JURY TRIAL

1
2

## JURISDICTION AND VENUE

3

5.      This action is for patent infringement arising under the Patent Laws of the United

4

states, 35 U.S.C. § 1 *et seq.*, and seeks damages and injunctive relief.  This Court has jurisdiction

5

over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6
7

6.      On information and belief, this Court has personal jurisdiction over Riverbed

8

because Riverbed currently sells products and transacts business within this judicial district, and

9

otherwise transacts business throughout this state.

10
11

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

12
13

## INTRADISTRICT ASSIGNMENT

14
15

8.      Because this action is an Intellectual Property Action as specified in Civil L.R. 3-

16

2(c), it is to be assigned on a district-wide basis.

17
18

## FACTUAL BACKGROUND

19
20

9.      United States Patent No. 6,622,164 B1 (the "'164 Patent") is titled "Mass Storage

21

Device With Network Interface" and is directed to a new, useful and non-obvious networks

22

storage device.  The '164 patent complies with all of the requirements of 35 U.S.C. § 1 *et seq*.

23
24

10.      On September 16, 2003, the United States Patent and Trademark Office (the

25

"PTO") duly and lawfully issued the '164 patent.  A copy of the '164 patent is attached hereto as

26

Exhibit A.

27
28

11.      Quantum owns all right title and interest in the '164 patent as assignee.

-2-

12.     On information and belief, Riverbed has directly infringed and continues to directly infringe the '164 patent by making, using, offering for sale, selling and/or causing to be made, used, offered for sale or sold products, systems, and/or services that practice the inventions of the '164 Patent. Specifically, Riverbed offers a series of infringing products which utilize the embodied technology, including but not limited to all Riverbed Steelhead appliances. Quantum reserves the right to identify additional Riverbed products that infringe claims of the '164 patent.

## COUNT FOR INFRINGEMENT OF U.S. PATENT NO. 6,622,164 B1

13.     Quantum hereby realleges and incorporates by reference the allegations of paragraphs 1-12 of this Complaint.

14.     On information and belief, Riverbed, without authority or license from Plaintiff, has infringed and continues to infringe by direct infringement, contributory infringement, and/or inducement to infringe, the '164 Patent either literally or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, by practicing the method claimed by the '164 patent and by selling, offering to sell, or importing products that employ the claimed method in this judicial district and elsewhere throughout the United States.

15.     Riverbed infringes numerous claims in the '164 Patent including but not limited to claims 1-4, 7, 9-13, and 25-28. Quantum reserves the right to identify additional Riverbed products that infringe claims of the '164 patent.

16.     On information and belief, Riverbed, without authority or license from Plaintiff, actively induces others to directly infringe the '164 Patent and/or contributorily infringe the '164 Patent.

W02-WEST:6CHW1\400698098.1                    -3-

17.    On information and belief, Riverbed has committed such acts of infringement with knowledge of the '164 Patent.

18.    By reason of Riverbed's acts of infringement, Quantum has suffered and continues to suffer irreparable harm and damages, including, but not limited to, diminution in the value of the rights granted under the '164 patent, lost profits, loss of sales, price erosion, and loss of market share.  Quantum is entitled to recover from Riverbed the damages sustained by Quantum as a result of its wrongful acts in an amount subject to proof at trial.

19.    Such acts of infringement by Riverbed have been, and continue to be, willful and deliberate, and Quantum believes such acts will continue in the future, causing irreparable harm for which there is no adequate remedy at law unless enjoined by this Court.

20.    Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendant as follows:

1.    Entering judgment for Plaintiff that Riverbed directly and/or indirectly infringes the '164 Patent;

2.    Entering judgment enjoining Riverbed from further infringement of the '164 Patent pursuant to 35 U.S.C. § 283;

3.    Awarding damages adequate to compensate Quantum for Riverbed's infringement under 35 U.S.C. § 284 in an amount to be proven at trial, including but not limited to compensation for lost profits, loss of sales, price erosion, loss of market share, costs and prejudgment interest, but in no event less than a reasonable royalty;

1         4.     Determining that this is an exceptional case under 35 U.S.C. § 285 and

2 awarding Plaintiff its reasonable attorneys' fees, costs, and expenses;

3

4         5.     Disgorgement of all profits, revenues, or investments that Riverbed receives

as a result of any wrongful action as averred herein by Quantum; and

5

6         6.     Awarding Plaintiff treble damages by reason of Riverbed's willful

7 infringement; and

8

9         7.     Awarding Plaintiff such other and further relief as the Court deems just and

proper.

10

11

12

Dated: February 13, 2008

13                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14                       By

15

16                            AMAR L. THAKUR

                          MAURICIO FLORES

17                           JON E. MAKI

                          NATHANIEL BRUNO

18

19                          Attorneys for

                       QUANTUM CORPORATION

20

21

22

23

24

25

26

27

28

1

## **DEMAND FOR JURY TRIAL**

2

3    In accordance with Federal Rule of Civil Procedure 38(b), Quantum demands a

trial by jury on all issues raised herein so triable.

4

5    Dated: February 13, 2008

6    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By

7

8    AMAR L. THAKUR
MAURICIO FLORES
9    JON E. MAKI
NATHANIEL BRUNO

10

11    Attorneys for
QUANTUM CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US006622164B1

(12) **United States Patent**
Harrison et al.

(10) Patent No.: **US 6,622,164 B1**
(45) Date of Patent: **Sep. 16, 2003**

(54) **MASS STORAGE DEVICE WITH NETWORK INTERFACE**

(75) Inventors: **Joel N. Harrison**, Monte Sereno, CA (US); **Joshua Lindsay**, Woodside, CA (US); **Michael Leis**, Framingham, MA (US)

(73) Assignee: **Quantum Corp.**, Milpitas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/152,035**

(22) Filed: **Sep. 11, 1998**

(51) Int. Cl.$^7$ ............................................. G06F 15/16
(52) U.S. Cl. ........................ 709/217; 709/219; 361/684; 361/685; 361/686
(58) Field of Search .................................. 709/226, 217, 709/219; 710/51, 63, 62, 64, 65; 713/310; 323/241; 361/686, 684, 685; 360/97.01, 97.03, 98.01; 369/13.01, 14

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,335,352 A | * | 8/1994 | Yanai et al. | 710/51 |
| 5,548,728 A | * | 8/1996 | Danknick | 709/213 |
| 5,550,710 A | * | 8/1996 | Rahamim et al. | 361/686 |
| 5,608,608 A | * | 3/1997 | Flint et al. | 361/683 |
| 5,852,724 A | * | 12/1998 | Glenn, II et al. | 709/226 |
| 5,896,508 A | * | 4/1999 | Lee | 370/434 |
| 5,925,119 A | * | 7/1999 | Maroney | 710/126 |
| 5,931,918 A | * | 8/1999 | Row et al. | 709/321 |
| 5,951,648 A | * | 9/1999 | Kailash | 709/235 |
| 5,966,510 A | * | 10/1999 | Carbonneau et al. | 710/18 |
| 6,026,454 A | * | 2/2000 | Hauck et al. | 709/321 |
| 6,041,354 A | * | 3/2000 | Biliris et al. | 709/226 |
| 6,094,699 A | * | 7/2000 | Surugucchi et al. | 710/314 |
| 6,098,119 A | * | 8/2000 | Surugucchi et al. | 710/10 |
| 6,170,062 B1 | * | 1/2001 | Henrie | 713/340 |
| 6,219,727 B1 | * | 4/2001 | Kailash et al. | 709/321 |
| 6,256,740 B1 | * | 7/2001 | Muller et al. | 713/201 |
| 6,282,045 B1 | * | 8/2001 | Glover | 360/73.03 |
| 6,289,398 B1 | * | 9/2001 | Stallmo et al. | 710/5 |
| 6,298,386 B1 | * | 10/2001 | Vahalia et al. | 709/203 |
| 6,300,847 B1 | * | 10/2001 | Gallagher et al. | 333/246 |
| 6,324,608 B1 | * | 11/2001 | Papa et al. | 361/686 |
| 6,345,309 B2 | * | 2/2002 | Ohsawa et al. | 709/250 |
| 6,359,894 B1 | * | 3/2002 | Hong et al. | 370/389 |
| 6,392,892 B1 | * | 5/2002 | Sobolewski et al. | 248/634 |
| 6,396,391 B1 | * | 5/2002 | Binder | 340/310.01 |

OTHER PUBLICATIONS

Bolles, "Dial–Up Duo: Two Full–Featured Asynchronous Communications Programs", Copyright 1991.*
Bolles, "Dial–Up Duo: Two Full–Featured Asynchronous Communications Programs" Network Computing, Sep. 1, 1991.*
Computer Reseller News, Network Power&light, AutoNet Controller, Sep. 15, 1997, (3 pages).
Snap News & Reviews, Meridian Data Showcases Snap Server And DVD/CD–ROM Networking product Lines at AIIM '98, Jun. 9, 1998 ( 3 pages).
Snap News & Reviews, Meridian Data Previews New Category of Low–Cost, Network–Attached Storage Server AT DEMO '98, Jun. 9, 1998 (3 pages).

* cited by examiner

Primary Examiner—Mark R. Powell
Assistant Examiner—William C. Vaughn, Jr.
(74) Attorney, Agent, or Firm—Michael Zarrabian

(57) **ABSTRACT**

A network storage device having a network controller card and a data storage device is described herein the card and storage device are either enclosed in a small from factor unit or assembled together to fit within a standard hard disk drive bay in a computer. The combination of a controller card and storage device is designed to transfer files from and to a network using standard network file protocals. As the network storage device does not process the files, much of the computational overhead of a network server can be eliminated, resulting in a simpler device capable of faster file exchange.

**34 Claims, 6 Drawing Sheets**





*Fig. 1*
*PRIOR ART*

*Fig. 2*



_Fig. 3_



_FIG. A_



_Fig. 5_



*FIG. 6*



_Fig. 7_

US 6,622,164 B1

1

# MASS STORAGE DEVICE WITH NETWORK INTERFACE

## BACKGROUND OF THE INVENTION

This invention is in the field of mass storage devices for use with computers and computer networks. More particularly it relates to mass storage devices directly coupled to computer networks.

The Internet, a collection of publicly accessibly computer networks, and Intranets, collections of privately accessibly business computer networks, are known. Both have witnessed explosive growth in the last few years. In 1996, the number of users of the Internet was estimated to be doubling every two months. This explosive growth has fueled an equally explosive demand for mass storage devices capable of supporting both Internet and Intranet applications.

FIG. 1 is a block diagram showing a common architecture for supporting Internet/intranet operations. Individual clients 1 using either personal computers or workstations are coupled through a network 3 to one or more servers 5. Each server is typically a general purpose computer, which computer uses either the Unix or Windows NT operating system. The server in turn is coupled to a plurality of mass storage devices 7, which may include hard disk drives ("HDD"s), archival tape storage devices, here shown as Digital Linear Tape drives, or any other known form of mass storage devices.

This architecture has several disadvantage. All data must travel through a general purposes server before it can be sent to a client from a data storage device or written to a data storage device from a client, which slows data transfer. The client/server architecture is also expensive to purchase and to maintain. Scaling this architecture requires adding both additional processors and additional memory. Installation of either memory or processors is almost never a straightforward process and any upgrades of the system require that the servers be shut down.

As these disadvantages of the client/server architecture are known, attempts have been made either to correct or simply avoid them. One commercially available product is a thin file server through which storage devices are connected for direct network attached access via Unix or Windows clients. The file server/controller couples disk drives and RAID arrays to a network, without the need for a server. Although this device allows for some improvement on the known client/server architecture, it still requires both a separate controller and a storage device. The controller itself also requires a full 3.5" disk drive bay for installation. Thus, the combination of the file server/controller and a storage device requires at least two bays in either a rack-mounted configuration or two of the internal bays found in most personal computers and network servers.

The meridian Data System Inc. Snap! Server incorporates an HDD with a network controller card into a single unit. However, the device's controller card uses an X86 microprocessor, which is expensive, uses more power than desirable in this application, and is somewhat slower in operation than other commercially available microprocessors.

The controller card and HDD are not well integrated, the package itself is large and a "Y"-connector cord is required to provide power to both the controller card and the HDD.

## SUMMARY OF THE INVENTION

A first embodiment of the present invention is a single device combining a HDD and a network controller card. The

2

combination, hereinafter called a network storage device, can be coupled to network, which networks operate using standard Ethernet protocols. The network storage device has an extremely small form factor which fits into a standard disk drive storage bay (4"x5.75"x1.625" or 1.0"). Two embodiment of the network storage device are described herein. A first embodiment comprises a network controller card and a HDD, integrated together as a single package. A plurality of units of this first embodiment could then be rack-mounted and collectively powered from a single source of DC power and provided with individual network connections. In a second embodiment, the network controller card, one or more HDDs, and power supply are integrated within a housing and the housed, finished unit requires only a network connection and an AC power source connection.

This combination of storage device and network controller device offers many advantages. A single package of small size can supply the functionality of two separate devices, the single device having lower overall power consumption and smaller physical footprint, typically within the form factor of a standard HDD. Internal power connection is simplified, with a single external power input to the network controller card which in turn provides power to the HDD. The combination is also less expensive than the separate controller unit and storage device shown by the prior art.

## BRIEF DESCRIPTION OF THE ILLUSTRATIONS

FIG. 1 is a block diagram of client-server computer system (Prior Art);

FIG. 2 is a diagram of a computer network with a plurality of clients and a server, wherein disk storage is additionally provided by a network storage device;

FIG. 3 is an exploded isometric drawing illustrating the relative placement of the network controller card and HDD in a first preferred embodiment of the network storage device;

FIG. 4 is a block diagram of the network storage device's network controller card in a first embodiment;

FIG. 5 is a block diagram of the network storage device's network controller card in a second preferred embodiment;

FIG. 6 is a block diagram of the network storage device's electronics in a third preferred embodiment; and

FIG. 7 is a block diagram of the network storage device's electronics in a fourth preferred embodiment.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The proposed architecture for the first embodiment of the present invention is shown in FIG. 2. Client PCS 11 and NT server 14 are coupled together through network hub 13. Several peripherals such as tape backup storage 16 and printer 18 are also connected to the network. Network storage device 15 is also attached to the network through hub 13.

Network storage device 15 is comprised of a network controller card 17 (see FIG. 3) for receiving and transmitting network compatible files over the network and storage device 19 (see FIG. 3), which stores the files received from network controller card 17. In this first embodiment the network is an Ethernet network, the storage device is a hard disk drive ("HDD"), and the controller card accepts files in both a Microsoft compatible format (SMB/CIFS) or in a Unix compatible format (NFS).

This architecture allows one network storage device to serve many clients without the expense and complication of

US 6,622,164 B1

**3**

an additional layer created by a server computer. When servers are used primarily for data storage, the server is very rarely used to process the data being sent to it from the clients coupled to it and the server microprocessor is underutilized and unnecessary overhead. This first embodiment substitutes a controller card optimized to transfer files of data between a storage device and clients for the sever computer. As the microprocessor does not process the data contained in the files, it can be simpler, more efficient device designed for this particular purpose, rather than the general purpose computer that comprises most servers.

FIG. 3 is an exploded isometric drawing of network storage device 15. Network storage device 15 contains two main assemblies: network controller card 17 and HDD storage device 9. The two components are coupled together internal frame 23. Standard machine screws 25 attach HDD 19 and controller card 17 to frame 23. Two short connectors 27 and 29 couple controller card 17 and HDD 19 together and carry, respectively, data/addresses and power from the network controller card 17 to HDD 19. Assembled network storage device 15 typically fits within a standard HDD computer bay.

In the second preferred embodiment, the combination of both card 17 and HDD storage device 19, after being mounted together on frame 23, would be placed in a housing, the housing also containing a power supply for card 17 and device 19. The design and operation of such a power supply is known in the art.

In another embodiment, more than one HDD may be attached to the network controller card and installed in a single housing. In this embodiment, the multiple HDDs could be mounted one atop another or one on either side of the network controller card. The data and power buses could be daisy-chained to the additional HDDs in a manner similar to the first preferred embodiment. The mounting of the additional HDDs and the coupling of the data and power busses to the additional HDDs are matters of straightforward mechanical engineering.

FIG. 4 is a block diagram of network controller card 17. In this first preferred embodiment, RJ 45 connector 101 couples controller card 17 to a 10 or 100 Mb auto-Ethernet network. RJ 45 connector 101 protrudes slightly beyond the physical outline of the HDD to allow flush mounting within the enclosure. Transceiver 133 is in turn coupled to connector 101 and controls file flow into and out of the network storage device. ICS 1890A PHY 131 and DEC 21143-A PCI-to-Ethernet media independent interface 115 are coupled together and provide a network interface. Mac address 113 is coupled to interface 115 and provides a unique address for each individual network storage device. Digital 21285 109 is a PCI bridge and provides memory support and glue logic for controller card operation. Digital SA 110 105 is the controller's microprocessor, regulating file flow from the storage device's PCI bus to the network's Ethernet bus. Crystal 107 is coupled to processor 105 and provides a timing signal.

RAM memory 103 and Flash EEPROM 111 are coupled to PCI Bridge 109. PCI bridge 109 is in turn coupled to PCI bus 132, as well as serial port 122. Real time clock 117 with battery back-up 119 is also coupled to PCI bus 132 and provides time and date information for file stamping purposes. PCI to Ultra ATA-33 controller 127 and 129 control actual data transfer to a storage device using the Ultra ATA-33 protocol through interface 135. Power system 120, comprising power input 121, connectors 123 and 125, and power bus 126, provides power to both controller card 17 and storage device 19.

**4**

Controller card 17 provides known functionality and its individual components are commercially available. Power system 120 is designed so that the printed circuit board traces can carry ample current for both controller card 17 and storage device 19, and allows connection of power to both devices without modification of a standard disk drive or use of a "Y"-connector power cord. In operation, the HDD requires 12 V and the controller card 17 requires 5 V. Both network controller card 17 and storage device 19 are low power devices, using approximately 10 watts, reducing the demands on power bus 126 and minimizing thermal dissipation problems within the assembled unit, particularly if the unit is placed in a housing.

In FIGS. 5, 6, and 7, components whose structure and function has not changed retain the same part numbers assigned to them previously herein and shown in FIG. 4.

In a second preferred embodiment of the present invention's network controller card 17, illustrated in FIG. 5, the functions performed by individual units 109, 115, 117, 127, 129, and 131 are now performed by a single custom Application Specific Integrated Circuit ("ASIC") 151. This simplifies the design of the printed circuit board, as well as reducing fabrication difficulties and overall thermal load. In a yet further development of network controller card 17, shown now in FIG. 6, another level of functionality is moved into an ASIC by incorporating a microprocessor into ASIC 155, thereby further eliminating separate blocks 105 and 107 (see FIGS. 4 and 5).

FIG. 7 illustrates yet another embodiment of network controller card 17 wherein the board area freed by the integration of most controller card functions into a single ASIC is used to advantage by moving the controller card electronics onto the HDD's circuit board. As the components and functions of an HDD's circuit board are known, they are not further described herein.

In order to store and retrieve files sent to it from the network, network storage device 15 is provided with a real time operating system for low level functions such as scheduling and memory management. In the first preferred embodiment, the operating system is a VX Works operating system, commercially available from Wind River Systems, Inc. A file system is needed to allow network storage device 15 to store files of data. In this first embodiment, the file system is called File System Stack OS, which is commercially available from Programmed Logic Corp. Programmed Logic Corp also provides the Network File System Layer, which enables network storage device 15 to save files transmitted over the network. This Layer may be either Unix compatible format (Network File System or NFS), or a Microsoft compatible format (Server Message Block or SMB/Common Internet File System or CIFS). Finally, to enable network storage device 15 to communicate over the network, a Network TCP/IP Protocol Stack is also provided. This Stack is also a commercially available product. As these software products are known and commercially available, their design and operation requires no further description herein.

In operation, after network storage device 15 is coupled to a network through connector 101 (see FIG. 4) and power supplied at connection 121, an installation program is run. Running the installation program does not require a rebooting of the managing computer.

The installation program analyzes the network to which device 15 is coupled and recommends a particular IP address for device 15. The system manager can also specify the device's name, the network manager's name and password,

US 6,622,164 B1

| 5 | 6 |

as well as device 15's physically location and user and administrative e-mail addresses for future notification of problems. After completion of the installation process, device 15 appears as an icon on the various computer systems coupled to the network, the icon indicating that the device is an available storage device on the network.

If more than one network storage device 15 is coupled to a given network, it is possible for devices 15 to be operated in an automatic backup mode. After a file is written to the first device 15, its operating program may automatically make a copy of the file and send it to a second device 15. If first device 15 fails, then a complete copy of the files on the failed device can be found on the second device 15. In these cases, if the second device 15 detects a failure in first device 15, it can send an e-mail message to the system administrator. If a third device 15 is then coupled to the network to replace the first failed device 15, then the second device 15 will automatically copy all its files to the third device 15, reestablishing a backup file capacity.

What is claimed is:

1. A network storage device comprising:

a network controller card capable of being coupled to a network and receiving and transmitting files to and from the network, the network controller card including a first power input and a first power output, and additionally having an power circuit thereon for providing electrical power from the first power input to the first power output;

a data storage device coupled to the network controller card the data storage device storing and later transmitting back files transmitted to the network storage device from the network, wherein the data storage device further includes a second power input coupled to the first power output on the network controller card to electrically power the data storage device via the power circuit of the network controller card.

2. The network storage device of claim 1, wherein:

the first power input is for receiving sufficient power to supply both the network controller card and the data storage device; and

the power circuit of the network controller card supplies sufficient electrical power from the first power input to the data storage device via the first power output of the network controller card and the second power input of the data storage device.

3. The network storage device of claim 2, further comprising a power connector for electrically connecting the network controller card and the data storage device to transfer power from the network controller to the storage device.

4. The network storage device of claim 3, wherein the power connector comprises:

an input connector including a plurality of electrical contacts for connection to said first power output; and

an output connector electrically connected to the input connector, the output connector including a plurality of electrical contacts for connection to said second power input, whereby, the first power out put and the second power input are coupled together to transfer power from the network controller card to the data storage device, wherein power is supplied from the first power input of the network controller card to the data storage device via the series combination of the first power input, the power circuit, the first power output, the power connector and the second power input.

5. The network storage device of claim 4, wherein the power connector comprises a substantially C-shaped con-

nector having a first end carrying the input connector, and a second end carrying the output connector.

6. The network storage device of claim 1, wherein the network controller card and the data storage device together fit into a disk drive storage bay of 4"×5.75"×1.625".

7. The network storage device of claim 1, wherein the data storage device is housed in the same enclosure as the network controller card.

8. The network storage device of claim 1, wherein the network controller card and the data storage device together fit into a disk drive storage bay of 4"×5.75"×1.0".

9. A digital data storage system comprising:

a controller module for receiving and transmitting digital data from a network, the network carrying digital data, the controller module further including a first power input and a first power output, and additionally having an power circuit for providing electrical power from the first power input to the first power output; and

a data storage module coupled to the controller module, the data storage module receiving and storing digital data sent from the controller module and recalling and transmitting digital data to the controller upon a request from the controller module, wherein the data storage module further includes a second power input coupled to the first power output of the controller module to power the data storage module via the power circuit of the controller module.

10. The digital data storage system of claim 9 wherein the controller module is configured to couple to an Ethernet network.

11. The digital data storage system of claim 9, wherein a single power input is coupled to the controller module, the single power input providing sufficient power to supply both the controller module and the storage module, the first power output and the second power input being coupled, together to transfer power from the controller module to the storage module via the power circuit of the controller module.

12. The digital data storage system of claim 11, further comprising a power connector for electrically connecting the first power output of the controller module and the second power input of the storage module to transfer power from the controller module to the storage module via the power circuit of the controller module.

13. The digital data storage system of claim 12, wherein the power connector comprises:

an input connector including a plurality of electrical contacts for connection to said first power output; and

an output connector electrically connected to the input connector, the output connector including a plurality of electrical contacts for connection to said second power input,

whereby, the first power output and the second power input are coupled together to transfer power from the controller module to the storage module.

14. The digital data storage system of claim 13, wherein the power connector comprises a substantially C-shaped connector having a first end carrying the input connector, and a second end carrying the output connector.

15. The digital data storage system of claim 14, further comprising an attachment mechanism for mechanically attaching the controller module to the data storage module to form a single unit.

16. The digital data storage system of claim 14, further including an enclosure wherein the data storage module is housed in the same enclosure as the controller module.

17. The digital data storage system of claim 9, wherein the controller module and the data storage module together fit into a disk drive storage bay of 4"×5.75"×1.625".

US 6,622,164 B1

7

**18.** The digital data storage system of claim **9**, wherein the controller module and the data storage module together fit into a disk drive storage bay of 4"×5.75"×1.0".

**19.** A network storage device comprising:

a network controller card capable of being coupled to a network and receiving and transmitting files to and from the network, the network controller card including a first power input and a first power output, and additionally having an power circuit thereon for providing electrical power from the first power input to the first power output;

a data storage device attached to the network controller card by an attachment mechanism to form a single unit, the data storage device storing and later transmitting back files transmitted to the network storage device from the network, where in the data storage device further includes a second power input coupled to the first power output on the network controller card to electrically power the data storage device via the power circuit of the network controller card, such that when electrical power is supplied to said first power input, the network controller card receives sufficient power to supply both the network controller card and the data storage device.

**20.** The network storage device of claim **19**, wherein the network controller card and the data storage device together fit into a disk drive storage bay of about 4"×5.75"×1.0".

**21.** The network storage device of claim **19**, further comprising a power connector for electrically connecting the network controller card and the data storage device to transfer power from the network controller to the storage device.

**22.** The network storage device of claim **21**, wherein the power connector comprises:

an input connector including a plurality of electrical contacts for connection to said first power source output; and

an output connector electrically connected to the input connector, the output connector including a plurality of electrical contacts for connection to said second power source input,

whereby, the first power output and the second power input are coupled together to transfer power from the network controller card to the data storage device.

**23.** The network storage device of claim **22**, wherein the power connector comprises a substantially C-shaped connector having a first end carrying the input connector, and a second end carrying the output connector.

**24.** The network storage device of claim **19**, a wherein the network controller card and the data storage device together fit into a disk drive storage bay of about 4"×5.75"×1.625".

**25.** A digital data storage system comprising:

a substrate for supporting electrical components and providing electrical interconnections therebetween;

8

a controller supported by the substrate, for receiving and transmitting digital data from a network, the network carrying digital data; and

a data storage module supported by the substrate and electrically interconnected to the controller the data storage module receiving and storing digital data sent from the controller and recalling and transmitting digital data to the controller upon a request from the controller.

**26.** The digital data storage system of claim **25** wherein the controller is configured to couple to an Ethernet network.

**27.** The digital data storage system of claim **25**, further comprising a single power input on the substrate for receiving sufficient power to supply both the controller and the data storage module.

**28.** The digital data storage system of claim **25** wherein a first power input is coupled to the controller, the first power input receiving sufficient power to supply both the controller and the data storage module, a first power output is coupled to the controller for transferring power from the controller, and a second power input is coupled to the data storage module, the first power output and the second power input being coupled together to transfer power from the controller to the data storage module.

**29.** The digital data storage system of claim **25**, wherein the substrate, the controller and the data storage module, together, fit into a disk drive storage bay of 4"×5.75"× 1.625".

**30.** The digital data storage system of claim **25**, wherein the substrate, the controller and the data storage module, together, fit into a disk drive storage bay of 4"×5.75"×1.0".

**31.** The digital data storage system of claim **25**, wherein the substrate comprises a printed circuit board having electrical traces, such that the controller and the data storage module are supported by the printed circuit board and electrically interconnected via the electrical traces.

**32.** The digital data storage system of claim **25**, further comprising:

an operating system for low level functions including scheduling and memory management;

a communication protocol that allows the controller to communicate over the network; and

whereby the controller transfers data between the data storage module and the network.

**33.** The digital data storage system of claim **25**, wherein the controller comprises an application specific integrated circuit configured to perform said functions of the controller.

**34.** The digital data storage system of claim **25**, wherein the controller comprises a network controller and the data storage module comprises a data disk drive.

*   *   *   *   *