

1  AMAR L. THAKUR, CAL. BAR NO. 194025
   MAURICIO A. FLORES CAL. BAR NO. 93304
2  JON E. MAKI, CAL. BAR NO. 199958
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, California  92130
5  Telephone:     858-720-8900
   Facsimile:     858-509-3691
6  Email: athakur@sheppardmullin.com
           mflores@sheppardmullin.com
7          jmaki@sheppardmullin.com

8  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
11 Telephone:     415-434-2984
   Facsimile:     415-434-6095
12 Email: nbruno@sheppardmullin.com

13 Attorneys for Plaintiff,
   QUANTUM CORPORATION

14
                  UNITED STATES DISTRICT COURT
15
                NORTHERN DISTRICT OF CALIFORNIA
16
                     CV 08        0927
17
18 QUANTUM CORPORATION, a Delaware          Case No.
   corporation,
19
                      Plaintiff,            QUANTUM CORPORATION'S
20       v.                                 CERTIFICATION OF INTERESTED
                                            ENTITIES OR PERSONS
21 RIVERBED TECHNOLOGY, INC., a
   Delaware corporation,
22
                      Defendant.
23
24
25
26
27
28

W02-WEST:6NB1\400708780.1                        QUANTUM CORPORATION'S
                                    CERTIFICATION OF INTERESTED ENTITIES
                                                            OR PERSONS

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2

3          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

4   the named parties, there is no such interest to report.

5

Dated:  February 13, 2008

6                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                           By

7

8                                          _____
                                           AMAR L. THAKUR
9                                          MAURICIO FLORES
                                           JON E. MAKI
10                                         NATHANIEL BRUNO

11                                         Attorneys for
                                           QUANTUM CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:6NB1\400708780.1                      -1-