# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

QUANTUM CORPORATION, a Delaware corporation,

v.

RIVERBED TECHNOLOGY, INC., a Delaware corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

JCS
CV 08 0927

TO: (Name and address of defendant)
RIVERBED TECHNOLOGY, INC.
199 Fremont Street
San Francisco, CA 94105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Amar L. Thakur, Esq.
Mauricio A. Flores, Esq.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

A Limited Liability Partnership

12275 El Camino Real, Suite 200
San Diego, CA 92130
Tel: (858) 720-8900; Fax: (858) 509-3691

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 13 2008

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
            Date                                Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com