AMAR L. THAKUR, Cal. Bar No. 194025
MAURICIO A. FLORES, Cal. Bar No. 93304
JON E. MAKI, Cal. Bar No. 199958
JOSHUA GIGGER, CAL. BAR NO. 234508
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff,
QUANTUM CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 08-0927 JCS<br><br>**PROOF OF SERVICE** |

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:

- SUMMONS IN A CIVIL CASE
- COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NO. 6,622,164 B1

[Summary of pleading] - 1

- QUANTUM CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
- CIVIL COVER SHEET
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- UNITED STATES DISTRICT COURT, SAN FRANCISCO, GUIDELINES
- ECF REGISTRATION INFORMATION HANDOUT
- STANDING ORDER RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- [BLANK] ADR CERTIFICATION BY PARTIES AND COUNSEL
- [BLANK] STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
- [BLANK] NOTICE OF NEED FOR ADR PHONE CONFERENCE
- DISPUTE RESOLUTION PROCEDURES
- [BLANK] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- GENERAL ORDER NO. 40, PROHIBITION OF BIAS
- GENERAL ORDER NO. 45, ELECTRONIC CASE FILING
- GENERAL ORDER NO. 53, PRIVACY

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party Served:    RIVERBED TECHNOLOGY, INC., a Delaware corporation

Person Served:   Becky DeGeorge, Authorized to Accept Service on Behalf of CSC - Lawyers Incorporating Service, Registered Agent for Service of Process for Riverbed Technology, Inc., a Delaware Corporation.

| | |
|---|---|
| Address: | CSC – Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |
| Date of Service: | March 4, 2008 |
| Time of Servcice: | 12:45 pm |
| Person Serving: | Stephen Kiely/ Zoom Messenger Service<br>P.O. Box 191286<br>San Francisco, CA 94119<br>(415) 725-0343<br>CA Process Server, Reg. No. 1017, San Francisco County |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3/04/08            Signature: _____

[Summary of pleading] - 3