QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
Email:        claudestern@quinnemanuel.com
              toddbriggs@quinnemanuel.com

Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>             Plaintiff,<br><br>      vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>             Defendant. | CASE NO. 08-CV-00927 WHA<br><br>**RIVERBED TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR CLAUDE M. STERN** |

51198/2449172.1

Case No. C 08-00927 WHA
RIVERBED'S TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR CLAUDE M. STERN

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Claude M. Stern of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065, telephone: (650) 801-5000, claudestern@quinnemanuel.com, also represents Riverbed Technology, Inc. in this matter.

DATED: April 4, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Claude M. Stern
    Claude M. Stern (CA Bar No. 96737)
    Attorneys for Defendant,
    RIVERBED TECHNOLOGY, INC.

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On April 4, 2008, I caused true copies of the following document(s) to be served as described below, on the parties in this action, as follows:

**RIVERBED TECHNOLOGY, INC.'S NOTICE OF APPEARANCE FOR CLAUDE M. STERN**

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from rachelarteaga@quinnemanuel.com on April 4, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed with their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

Amardeep Lal Thakur (athakur@sheppardmullin.com)          ***Attorneys for Plaintiff***
Jon Erik Maki (jmaki@sheppardmullin.com)                  ***Quantum Corporation***
Mauiricio Arcangel Flores (mflores@sheppardmullin.com)
Sheppard Mullin Richter & Hampton
12275 El Camino Real
Suite 200
San Diego, CA 92130
Tel: 858-720-8963
Fax: 858-509-3691

Nathaniel Bruno (nbruno@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111-4106
Tel: 415-434-9100
Fax: 415-434-3947

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 4, 2008, at Redwood Shores, California.

                                                               */s/ Rachel Arteaga*
                                                               Rachel Arteaga