QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Todd M. Briggs (Bar No. 209282)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
Email:       claudestern@quinnemanuel.com
             toddbriggs@quinnemanuel.com

Attorneys for Defendant,
RIVERBED TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION,<br><br>      Plaintiff,<br><br>   vs.<br><br>RIVERBED TECHNOLOGY, INC.,<br><br>      Defendant. | CASE NO. C 08-927 WHA<br><br>**RIVERBED'S CIVIL LOCAL RULE 3-16 CERTIFICATION** |
| RIVERBED TECHNOLOGY, INC.,<br><br>      Counterclaimant,<br><br>   vs.<br><br>QUANTUM CORPORATION,<br><br>      Counterdefendant. | |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 3-16, defendant Riverbed Technology, Inc. certifies that as of this date, other than the named parties and their shareholders, there is no interest to report under Civil Local Rule 3-16. |

DATED: April 24, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ David T. Wei, Jr.
    David T. Wei, Jr.
    Attorneys for Defendant,
    RIVERBED TECHNOLOGY, INC.