UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Quantum Corporation

              Plaintiff(s),

     v.

Riverbed Technology, Inc.

              Defendant(s).
_____/

Case No. 3:08-cv-00927-WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 2, 2008

/s/ Brett Nissenberg
[Party]

Dated: May 2, 2008

/s/ David T. Wei, Jr.
[Counsel]