IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION, | No. C 08-00927 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| RIVERBED TECHNOLOGY, INC., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for May 22, 2008 at 11:00 a.m. has been rescheduled for **May 22, 2008 at 3:00 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  May 9, 2008                              FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup