1

2

**[COUNSEL LISTED ON SIGNATURE PAGE]**

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

| | |
|---|---|
| QUANTUM CORPORATION, | Case No. C-08-0927-WHA |
| Plaintiff, | |
| vs. | **STIPULATION RE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE TO JUNE 12, 2008 AT 3:00 P.M.[1]; AND ORDER THEREON** |
| RIVERBED TECHNOLOGY, INC., | |
| Defendant. | |
| RIVERBED TECHNOLOGY, INC., | Honorable William H. Alsup United States District Judge |
| Counterclaimant, | |
| vs. | |
| QUANTUM CORPORATION, | |
| Counterdefendant. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

[1]  Originally ordered for May 22, 2008 at 3:00 pm (Dkt. No. 22).

28

51371/2502472.1

JOINT CASE MANAGEMENT STATEMENT

1    Defendant Riverbed Technology, Inc. ("Riverbed") and Plaintiff Quantum Corporation

2  ("Quantum") respectfully request that the Court reschedule the Initial Case Management

3  Conference in this action from May 22, 2008 at 3:00 pm to June 12, 2008 at 3:00 pm.

4    On May 12, 2008, the Court rescheduled the Initial Case Management Conference to  May

5  22, 2008 at 3:00 pm.  Due to a scheduling conflict, lead trial counsel for Riverbed requests that the

6  Initial Case Management Conference be continued to June 12, 2008 at 3:00 pm. Counsel for

7  Quantum agreed to continue the conference to this date and time pursuant to Riverbed's request, if

8  agreeable to the Court.  This date and time would also be appropriate because the parties have a

9  Settlement Conference on another matter, Case No. 07-4161, before Judge Elizabeth D. Laporte

10  on the same day at 9:30 am.

11    NOW, THEREFORE, the parties to this action, through their respective counsel of record,

12  AGREE TO AND HEREBY STIPULATE to continue the Initial Case Management Conference to

13  June 12, 2008 at 3:00 pm, if agreeable to the Court.  Additionally, the parties also AGREE TO

14  AND HEREBY STIPULATE to move the due date for the parties' Rule 26(a)(1) disclosure

15  statement and the due date for the parties' Rule 26(f) Case Management Statement to June 5, 2008,

16  if agreeable to the Court.

17

18  Dated: May 14, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

19                                        /s/ Todd M. Briggs_____
20                                        Todd M. Briggs
                                          Attorneys for Defendant and Counterclaimant
21                                        RIVERBED TECHNOLOGY, INC.

22  Dated: May 14, 2008          SHEPPARD MULLIN RICHTER & HAMPTON, LLP
23
24                                        /s/ Nathaniel Bruno_____
                                          Nathaniel Bruno
25                                        Attorneys for Defendant and Counterclaimant
                                          QUANTUM CORPORATION
26

27

28

51371/2502472.1

1         I, David Wei, Jr., am the ECF User whose identification and password are being used to

2    file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum

3    has concurred in this filing.

4

5

6

7    **<u>ORDER</u>**

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   Dated: _____                    _____

11                                                        Honorable William H. Alsup
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51371/2502472.1