**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 29, 2008</u>

Case No.  <u>C 08-0927 WHA</u>

Title: <u>QUANTUM CORP</u> v. <u>RIVERBED TECHNOLOGY</u>

Plaintiff Attorneys: Amar Thakur; Nathaniel Bruno

Defense Attorneys: Claude Stern; Todd Briggs; Michael Gray

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Powell</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                                                          </u>

Complete Initial Disclosures (Rule 26): 6/5/09

Discovery Cutoff: 4/24/09

Designation of Experts: 4/24/09

Last Day to File Motion: 6/11/09


Continued to  <u>**12/17/08 at 1:30pm**</u>  for Claim Construction Hearing

Continued to  <u>**8/17/09 at 2:00pm**</u>  for Pretrial Conference

Continued to  <u>**8/31/09 at 7:30am**</u>  for Trial

**ORDERED AFTER HEARING:**

Parties shall meet and confer to agree on a claim construction to be filed by 6/5/08.   Parties agree to complete private mediation by 12/31/08.