[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>　　　　Defendant.<br><br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>　　　　Counterclaimant,<br>　　v.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　Counterdefendant. | Case No. C-08-0927-WHA<br><br>**[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed: February 13, 2008<br>Trial Date: August 31, 2009 |

Pursuant to Paragraph 3 of the Court's Case Management Order (Docket No. 28), Quantum Corporation ("Quantum") and Riverbed Technology, Inc. ("Riverbed") jointly submit this Proposed Order Re Schedule For Claim Construction and will email a copy to whapo@cand.uscourts.gov. The parties' proposal includes agreed dates for claim construction briefs and events required by the Patent Local Rules.

| EVENT | AGREED DATE |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions | June 19, 2008 |
| Preliminary Invalidity Contentions | August 7, 2008 |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction | August 14, 2008 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 4, 2008 |
| Joint Claim Construction and Prehearing Statement | September 30, 2008 |
| Close of discovery related to Claim Construction | October 23, 2008 |
| Opening Claim Construction Brief | November 6, 2008 |
| Opposition Claim Construction Brief | November 20, 2008 |
| Reply Claim Construction Brief | November 27, 2008 |
| Claim Construction Tutorial | December 3, 2008 at 1:30 p.m.* |
| Claim Construction Hearing | December 17, 2008 at 1:30 p.m.* |
| Final Infringement Contentions | 30 days after issuance of claim construction ruling |
| Final Invalidity Contentions | 50 days after issuance of claim construction ruling |

\* These dates were set by the Court in its Case Management Order.

1  **NOW, THEREFORE**, the parties to this action, through their respective counsel of
2  record, **AGREE TO AND HEREBY STIPULATE** to the foregoing schedule.

4  Dated: June 4, 2008             SHEPPARD MULLIN

                                   /s/  Nathaniel Bruno
                                   Amar Thakur
                                   Nathaniel Bruno
                                   Attorneys for Plaintiff and Counterdefendant,
                                   QUANTUM CORPORATION

9  Dated: June 4, 2008             QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                   /s/  Todd M. Briggs
                                   Todd M. Briggs
                                   Attorneys for Defendant and Counterclaimant,
                                   RIVERBED TECHNOLOGY, INC.

14  I, Nathaniel Bruno, am the ECF User whose identification and password are being used to
15  file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum
16  has concurred in this filing.

18                                  **ORDER**

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

23  Dated: _____         _____
                                    Honorable William H. Alsup
                                    United States District Judge