[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>　　　　　Defendant. | Case No. C-08-0927-WHA<br><br>[~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed: February 13, 2008<br>Trial Date: August 31, 2009 |
| RIVERBED TECHNOLOGY, INC. a Delaware corporation,<br><br>　　　　　Counterclaimant,<br>　　v.<br>QUANTUM CORPORATION, a Delaware corporation,<br><br>　　　　　Counterdefendant. | |

Pursuant to Paragraph 3 of the Court's Case Management Order (Docket No. 28), Quantum Corporation ("Quantum") and Riverbed Technology, Inc. ("Riverbed") jointly submit this Proposed Order Re Schedule For Claim Construction and will email a copy to whapo@cand.uscourts.gov.  The parties' proposal includes agreed dates for claim construction briefs and events required by the Patent Local Rules.

| EVENT | AGREED DATE |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions | June 19, 2008 |
| Preliminary Invalidity Contentions | August 7, 2008 |
| Simultaneous Exchange of Proposed Terms and Claim Elements for Construction | August 14, 2008 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 4, 2008 |
| Joint Claim Construction and Prehearing Statement | September 30, 2008 |
| Close of discovery related to Claim Construction | October 23, 2008 |
| Opening Claim Construction Brief | November 6, 2008 |
| Opposition Claim Construction Brief | November 20, 2008 |
| Reply Claim Construction Brief | November 27, 2008 |
| Claim Construction Tutorial | December 3, 2008 at 1:30 p.m.* |
| Claim Construction Hearing | December 17, 2008 at 1:30 p.m.* |
| Final Infringement Contentions | 30 days after issuance of claim construction ruling |
| Final Invalidity Contentions | 50 days after issuance of claim construction ruling |

* These dates were set by the Court in its Case Management Order.

**NOW, THEREFORE**, the parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** to the foregoing schedule.

Dated: June 4, 2008            SHEPPARD MULLIN

/s/ Nathaniel Bruno
Amar Thakur
Nathaniel Bruno
Attorneys for Plaintiff and Counterdefendant,
QUANTUM CORPORATION

Dated: June 4, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

I, Nathaniel Bruno, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 5, 2008.

_____
Honorable William H. Alsup
United States District Judge

[IT IS SO ORDERED — Judge William Alsup — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]