1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTUM CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. C 08-0927 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE FROM SEPTEMBER 4, 2008 TO SEPTEMBER 11, 2008<br><br>[Civil L.R. 6-2]<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>Complaint Filed:  February 13, 2008<br>Trial Date:  August 31, 2009 |
| RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>    vs.<br><br>QUANTUM CORPORATION, a Delaware corporation,<br><br>        Counterdefendant. | |

51371/2622656.1

CASE NO. C 08-0927 WHA

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE FROM SEPTEMBER 4, 2008 TO SEPTEMBER 11, 2008

**STIPULATION**

Defendant Riverbed Technology, Inc. ("Riverbed") and Plaintiff Quantum Corporation ("Quantum") respectfully request that the Court enter the following stipulation regarding the parties' simultaneous exchange of their respective preliminary claim constructions and extrinsic evidence.  Pursuant to this Court's June 5, 2008 Order Re Schedule For Claim Construction, the exchange was scheduled for September 4, 2008.  The parties now agree and stipulate to extend the due date for the exchange by one week, from September 4, 2008 to September 11, 2008.

1. <u>Reason for Extension of Time</u>

At the request of Riverbed, the parties have met and conferred and jointly agree, for the convenience of the parties, to the requested extension.

2. <u>Prior Time Modifications</u>

On March 14, 2008, the Clerk of this Court issued a notice scheduling an Initial Case Management Conference in this action for May 22, 2008 at 11:00 a.m.  (Docket No. 11.)

On May 9, 2008, the Clerk of this Court issued a notice rescheduling the Initial Case Management Conference previously set for May 22, 2008 at 11:00 a.m. to May 22, 2008 at 3:00 p.m.  (Docket No. 22.)

On May 15, 2008, this Court issued an order based on a stipulation of the parties rescheduling the Initial Case Management Conference from May 22, 2008 at 3:00 p.m. to June 12, 2008 at 3:00 p.m.  (Docket No. 24.)

3. <u>Effect of Modification</u>

The requested extension will have no effect on the rest of the schedule in this action.

51371/2622656.1

CASE NO. C 08-0927 WHA

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE FROM SEPTEMBER 4, 2008 TO SEPTEMBER 11, 2008

Therefore, the parties to this action, through their respective counsel of record, **AGREE TO AND HEREBY STIPULATE** as follows: the parties' exchange of preliminary claim constructions and extrinsic evidence shall be due on September 11, 2008.

Dated: September 2, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

/s/ Todd M. Briggs
Todd M. Briggs
Attorneys for Defendant and Counterclaimant,
RIVERBED TECHNOLOGY, INC.

Dated: September 2, 2008    SHEPPARD MULLIN

/s/ Nathaniel Bruno
Nathaniel Bruno
Attorneys for Plaintiff and Counterdefendant,
QUANTUM CORPORATION

I, Todd M. Briggs, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

Honorable William H. Alsup
United States District Judge

51371/2622656.1

CASE NO. C 08-0927 WHA

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE FROM SEPTEMBER 4, 2008 TO SEPTEMBER 11, 2008