1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9  QUANTUM CORPORATION, a Delaware          CASE NO. C 08-0927 WHA
   corporation,
10                                          STIPULATION AND [PROPOSED] ORDER
              Plaintiff,                    TO EXTEND EXCHANGE OF
11                                          PRELIMINARY CLAIM CONSTRUCTIONS
        vs.                                 AND EXTRINSIC EVIDENCE FROM
12                                          SEPTEMBER 4, 2008 TO SEPTEMBER 11,
   RIVERBED TECHNOLOGY, INC., a             2008
13 Delaware corporation,
                                            [Civil L.R. 6-2]
14            Defendant.
                                            Honorable William H. Alsup
15 ─────────────────────────────           United States District Judge

16 RIVERBED TECHNOLOGY, INC., a             Complaint Filed:  February 13, 2008
   Delaware corporation,                    Trial Date:  August 31, 2009
17
              Counterclaimant,
18
        vs.
19
   QUANTUM CORPORATION, a Delaware
20 corporation,

21            Counterdefendant.

22

23

24

25

26

27

28
   51371/2622656.1                                  STIPULATION AND [PROPOSED] ORDER TO EXTEND
                                                    EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS
                                          1         AND EXTRINSIC EVIDENCE FROM SEPTEMBER 4, 2008 TO
   CASE NO. C 08-0927 WHA                           SEPTEMBER 11, 2008

## STIPULATION

Defendant Riverbed Technology, Inc. ("Riverbed") and Plaintiff Quantum Corporation ("Quantum") respectfully request that the Court enter the following stipulation regarding the parties' simultaneous exchange of their respective preliminary claim constructions and extrinsic evidence.  Pursuant to this Court's June 5, 2008 Order Re Schedule For Claim Construction, the exchange was scheduled for September 4, 2008.  The parties now agree and stipulate to extend the due date for the exchange by one week, from September 4, 2008 to September 11, 2008.

1.    Reason for Extension of Time

At the request of Riverbed, the parties have met and conferred and jointly agree, for the convenience of the parties, to the requested extension.

2.    Prior Time Modifications

On March 14, 2008, the Clerk of this Court issued a notice scheduling an Initial Case Management Conference in this action for May 22, 2008 at 11:00 a.m.  (Docket No. 11.)

On May 9, 2008, the Clerk of this Court issued a notice rescheduling the Initial Case Management Conference previously set for May 22, 2008 at 11:00 a.m. to  May 22, 2008 at 3:00 p.m.  (Docket No. 22.)

On May 15, 2008, this Court issued an order based on a stipulation of the parties rescheduling the Initial Case Management Conference from May 22, 2008 at 3:00 p.m. to June 12, 2008 at 3:00 p.m.  (Docket No. 24.)

3.    Effect of Modification

The requested extension will have no effect on the rest of the schedule in this action.

51371/2622656.1

CASE NO. C 08-0927 WHA

2

1    Therefore, the parties to this action, through their respective counsel of record, **AGREE**

2    **TO AND HEREBY STIPULATE** as follows:  the parties' exchange of preliminary claim

3    constructions and extrinsic evidence shall be due on September 11, 2008.

4    Dated:  September 2, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

5

6                                        /s/  Todd M. Briggs
                                        Todd M. Briggs
7                                        Attorneys for Defendant and Counterclaimant,
                                        RIVERBED TECHNOLOGY, INC.

8    Dated:  September 2, 2008          SHEPPARD MULLIN

9                                        /s/  Nathaniel Bruno
10                                       Nathaniel Bruno
                                        Attorneys for Plaintiff and Counterdefendant,
11                                       QUANTUM CORPORATION

12

13    I, Todd M. Briggs, am the ECF User whose identification and password are being used to

14   file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum

15   has concurred in this filing.

16

17                                        **ORDER**

18

19

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

21

22

23   Dated:  _____September 3, 2008_____

24                                        _____
                                        Honorable William H. Alsup
25                                       United States District Judge

26

27

28   51371/2622656.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND
EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE FROM SEPTEMBER 4, 2008 TO
SEPTEMBER 11, 2008