1   [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6                   **UNITED STATES DISTRICT COURT**

                 **NORTHERN DISTRICT OF CALIFORNIA**

7

8

| | |
|---|---|
| QUANTUM CORPORATION, | CASE NO. C 08-0927 WHA |
|      Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATIONS TO THE COURT'S CLAIM CONSTRUCTION SCHEDULE** |
|   vs. | |
| RIVERBED TECHNOLOGY, INC., | |
|     Defendant. | Honorable William H. Alsup<br>United States District Judge |
| RIVERBED TECHNOLOGY, INC., | Complaint Filed:  February 13, 2008<br>Trial Date:  August 31, 2009 |
|     Counterclaimant, | |
|   vs. | |
| QUANTUM CORPORATION, | |
|     Counterdefendant. | |

1    Riverbed Technology, Inc. ("Riverbed") and Quantum Corporation ("Quantum")

2  (collectively "the Parties") respectfully request that the Court enter the following stipulation

3  regarding Modifications to the Court's Claim Construction Schedule.

4    1. Reason for Extension of Time:

5    The parties have met and conferred and jointly agree, for the convenience of the parties, to

6  the requested extension.

7    2. Prior Time Modifications:

8    On March 14, 2008, the Clerk of this Court issued a notice scheduling an Initial Case

9  Management Conference in this action for May 22, 2008 at 11:00 a.m. (Docket No. 11.)

10    On May 9, 2008, the Clerk of this Court issued a notice rescheduling the Initial Case

11  Management Conference previously set for May 22, 2008 at 11:00 a.m. to May 22, 2008 at 3:00

12  p.m. (Docket No. 22.)

13    On May 15, 2008, this Court issued an order based on a stipulation of the parties

14  rescheduling the Initial Case Management Conference from May 22, 2008 at 3:00 p.m. to June 12,

15  2008 at 3:00 p.m. (Docket No. 24.)

16    On September 3, 2008, this Court approved the parties' stipulation and issued an order to

17  extend the deadline for the simultaneous exchange of preliminary claim constructions and

18  extrinsic evidence from September 4, 2008, to September 11, 2008 (Docket No. 34).

19    3. Effect of Modification:

20    The requested extension will have no effect on the rest of the schedule in this action.

21

22    Having met and conferred, the Parties, through their respective counsel of record, **AGREE**

23  **TO AND HEREBY STIPULATE** as follows:

24

25

26

27

28

| CLAIM CONSTRUCTION DATES | | |
|---|---|---|
| EVENT | CURRENT DATE | MODIFIED DATE |
| Joint Claim Construction and Pre-hearing Statement | September 30, 2008 | October 16, 2008 |
| Close of discovery related to Claim Construction | October 23, 2008 | October 30, 2008 |
| Opening Claim Construction Briefs | November 6, 2008 | Unmodified |
| Opposition Claim Construction Briefs | November 20, 2008 | Unmodified |
| Reply Claim Construction Briefs | November 27, 2008 | Unmodified |
| Claim Construction Tutorial | December 3, 2008 at 1:30 p.m. * | Unmodified |
| Claim Construction Hearing | December 17, 2008 at 1:30 p.m. * | Unmodified |
| Final Infringement Contentions | 30 days after issuance of claim construction ruling | Unmodified |
| Final Invalidity Contentions | 50 days after issuance of claim construction ruling | Unmodified |

* Dates set by the Court in its Case Management Order

Dated:  September 29, 2008      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/ Michael Gray
Michael Gray
Attorneys for RIVERBED TECHNOLOGY, INC.

Dated:  September 29, 2008      SHEPPARD MULLIN RICHTER & HAMPTON LLP


/s/ Gray Buccigross
Gray Buccigross
Attorneys for QUANTUM CORPORATION


        I, Michael Gray, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Quantum has concurred in this filing.

1

## **ORDER**

2

3 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

4

5

6 Dated: _____ September 30, 2008.

7 Honorable ~~William~~ ~~Alsup~~
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER RE CASE SCHEDULE