1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6                                 UNITED STATES DISTRICT COURT

7                                NORTHERN DISTRICT OF CALIFORNIA

8                                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 9 QUANTUM CORPORATION, a Delaware corporation,<br><br>10<br><br>11                          Plaintiff,<br><br>12          v.<br><br>13 RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>14<br><br>15                          Defendant. | Case No. C-08-0927 WHA<br><br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND [PROPOSED] ORDER THEREON**<br><br><br>The Hon. William H. Alsup<br>United States District Judge<br><br>Complaint Filed:  February 13, 2008 |
| 16 RIVERBED TECHNOLOGY, INC., a Delaware corporation,<br><br>17<br><br>18                          Counterclaimant,<br><br>19          v.<br><br>20 QUANTUM CORPORATION, a Delaware corporation,<br><br>21<br><br>                          Counterdefendant. | |

22

23

24

25

26

27

28

1

2

3

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by Quantum Corporation ("Quantum") and Riverbed Technology, Inc. ("Riverbed"), by and through their respective counsel of record herein, that this entire action, including all pending claims and counterclaims, shall be dismissed as follows:

        1.      Quantum's claim for infringement of U.S. Patent No. 6,622,164 shall be dismissed with prejudice.

        2.      Riverbed's declaratory judgment counterclaims for non-infringement and invalidity of U.S. Patent No. 6,622,164 shall be dismissed without prejudice.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2       By his signature below, counsel for Quantum attests that counsel for Riverbed whose

3  electronic signature is provided has concurred in this filing.

4  Dated:  October 7, 2008

                  SHEPPARD MULLIN RICHTER & HAMPTON LLP

5

                  By: /s/ Nathaniel Bruno_____

6

                     Amar L. Thakur

7                       Mauricio A. Flores

                     12275 El Camino Real, Suite 200

8                       San Diego, California  92130

                     Telephone:  858-720-8900

9                       Facsimile:  858-509-3691

10                       Nathaniel Bruno

                     Four Embarcadero Center, 17th Floor

11                       San Francisco, CA  94111-4106

                     Telephone:  415-434-9100

12                       Facsimile:  415-434-3947

13                       Attorneys for QUANTUM CORPORATION

14

15  Dated:     October 7, 2008          QUINN EMANUEL URQUHART OLIVER &
                         HEDGES LLP

16                    By: /s/ Todd M. Briggs_____

17                       Claude M. Stern

                     Todd M. Briggs

18                       555 Twin Dolphin Drive, Suite 560

                     Redwood Shores, CA  94065

19                       Telephone:  650-801-5020

                     Facsimile:  650-801-5100

20

                     Attorneys for RIVERBED TECHNOLOGY, INC.

21

22

23

24

25

26

27

28

**ORDER**

In accordance with the foregoing Stipulation of the parties, which is incorporated herein by reference, and with good cause appearing therefor,

IT IS HEREBY ORDERED:

This entire action (Northern District of California Case No. C-08-0927-WHA), including all pending claims and counterclaims, is hereby dismissed as follows, each party to bear its own fees and costs:

1.       Quantum Corporation's claim for infringement of U.S. Patent No. 6,622,164 IS HEREBY DISMISSED WITH PREJUDICE.

2.       Riverbed Technology, Inc.'s declaratory judgment counterclaims for non-infringement and invalidity of U.S. Patent No. 6,622,164 ARE HEREBY DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated:   October 14, 2008

_____
Honorable William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup